| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PETER BIBRING, Bar #223981<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 WEST EIGHTH STREET<br>LOS ANGELES, CA  90017<br>Telephone No: 213-977-9500     FAX No: 213-250-3919 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: SHAWN NEE, ET AL.
Defendant: COUNTY OF LOS ANGELES, ET AL.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV11-08899 DDP (JCGX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE OF RELATED CASES; NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF ADR PROGRAM.

3. a. Party served:         COUNTY OF LOS ANGELES
   b. Person served:        TAMMY JOHNSON, COUNTY CLERK AUTHORIZED TO ACCEPT SERVICE,
                            SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:      500 W. TEMPLE ST.
                                             SUITE 383
                                             LOS ANGELES, CA  90012

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Oct. 28, 2011 (2) at: 3:27PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG  FORREST                          d. *The Fee for Service was:*



   1511 West Beverly Blvd.                   e. I am: (3) registered California process server
   Los Angeles, CA 90026
   Telephone    (213) 250-9111                    (i)   Independent Contractor
   Fax          (213) 250-1197                    (ii)  Registration No.:   5141
   www.firstlegalnetwork.com                      (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Oct. 31, 2011

                                                                              (DOUG FORREST)
   Judicial Council Form                    PROOF OF SERVICE                  5071462    .petbib.405662
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT