UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 11-08899 DDP (JCGx)                              Dated: November 17, 2011

Title:   SHAWN NEE, GREGGORY MOORE, et al. *-v-* COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

  John A. Chambers                                    None Present
  Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                              None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)

   This action has been assigned to the calendar of Judge Dean D. Pregerson.

   Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**.

   It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

   The Court requires delivery of two non-blue backed Mandatory Chambers Copies* of only the following manual and electronically filed documents to Room 244-J:
   (1)    All noticed motions and related documents;
   (2)    All *ex parte* applications and related documents; and
   (3)    All exhibits and attachments must be separately tabbed.
*[Refer to the Court's General Order No. 10-07 regarding ECF Courtesy Paper Copies.]


**\*\*Attention ECF Attorneys - Chambers Email Addresses are available under your Utilities menu.**

MINUTES FORM 11                                          Initials of Deputy Clerk __JAC_____
CIVIL -- GEN