1
2
3
4
5
6

**Tomas A. Guterres, Esq. (State Bar No. 152729)**
**Catherine M. Mathers, Esq. (State Bar No. 221983)**
**Nicole Davis Tinkham, Esq. (State Bar No. 229592)**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**Email:  cmathers@ccmslaw.com**

7
8

Attorneys for Defendants COUNTY OF LOS ANGELES and LOS ANGELES
COUNTY SHERIFF'S DEPARTMENT, SERGEANT MAURICE HILL, and
DEPUTY RICHARD GYLFIE

9
10
11

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

| | |
|---|---|
| SHAWN NEE; GREGGORY MOORE;;)<br>SHANE QUENTIN; and THE )<br>NATIONAL PHOTOGRAPHERS' )<br>RIGHTS ORGANIZATION, )<br><br>　　　　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　)<br>　　vs. )<br>　　　　　　　　　　　　　　)<br>COUNTY OF LOS ANGELES; LOS )<br>ANGELES COUNTY SHERIFF'S )<br>DEPARTMENT; SERGEANT )<br>MAURICE HILL, in his individual )<br>capacity; DEPUTY RICHARD )<br>GYLFIE, in his individual capacity; )<br>DEPUTY BAYES, in his individual )<br>capacity; and DOES 1 through 10, )<br>inclusive, )<br>　　　　　　　　　　　　　　)<br>　　　　　　　　Defendants. )<br>_____) | **CASE NO. CV 11-8899 DDP (JCGx)**<br><br>*[Assigned to the Hon. Dean D. Pregerson,*<br>*Courtroom 3]*<br><br>**SERGEANT MAURICE HILL'S AND**<br>**DEPUTY RICHARD GYLFIE'S**<br>**ANSWER TO PLAINTIFF'S**<br>**COMPLAINT FOR INJUNCTIVE**<br>**RELIEF, DECLARATORY RELIEF**<br>**AND DAMAGES**<br><br>**JURY TRIAL DEMANDED**<br><br><br><br><br><br>**Complaint Filed:  October 27, 2011**<br><br>**TRIAL DATE:    None** |

27
28

COME NOW DEFENDANTS SERGEANT MAURICE HILL and DEPUTY

RICHARD GYLFIE (collectively "DEFENDANTS") in response to the Complaint of

*18014 – ANSWER OF HILL AND GYLFIE – JURY DEMAND*

1

**ANSWER TO COMPLAINT OF HILL AND GYLFIE; JURY DEMAND**

Plaintiffs SHAWN NEE, GREGGORY MOORE, SHANE QUENTIN and THE NATIONAL PHOTOGRAPHERS' RIGHTS ORGANIZATION for injunctive relief, declaratory relief, and damages, admits, denies and alleges as follows:

## JURISDICTION AND VENUE

1.      Answering paragraphs 1-3 of Plaintiffs' Complaint, DEFENDANTS admit that based on the allegations alleged by Plaintiffs jurisdiction and venue appear to be appropriate.

## INTRODUCTION

2.      Answering paragraph 4 of Plaintiffs' Complaint, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

3.      Answering paragraph 5 of Plaintiffs' Complaint, DEFENDANTS deny each and every allegation therein.

4.      Answering paragraphs 6, 7, 8, 10, 11, and 12 of Plaintiffs' Complaint, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

5.      Answering paragraph 9 of Plaintiffs' Complaint, DEFENDANTS admit that an investigation was performed involving Plaintiffs Shawn Nee, Moore and Quentin relating to suspicious activities.  As to the remaining material allegations, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

## PARTIES

6.      Answering paragraphs 13, 14, 15, and 16 of Plaintiffs' Complaint, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

7.      Answering paragraphs 17 and 18 of Plaintiffs' Complaint, DEFENDANTS admit that the County of Los Angeles is a California governmental entity.  DEFENDANTS admit that the Los Angeles Sheriff's Department is a

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

18014 – ANSWER OF HILL AND GYLFIE – JURY DEMAND

2

ANSWER TO COMPLAINT OF HILL AND GYLFIE; JURY DEMAND

department within the County of Los Angeles.  Except as admitted herein, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

8.     Answering paragraphs 19, 20, and 21 of Plaintiffs' Complaint, DEFENDANTS admit that Richard Gylfie and Sergeant Hill were employed by the County of Los Angeles Sheriff's Department.  As to the remaining material allegations, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

9.     Answering paragraph 22 of Plaintiffs' Complaint, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

## FACTUAL ALLEGATIONS
### I. FIRST INCIDENT

10.     Answering paragraphs 23 – 36 of Plaintiffs' Complaint, DEFENDANT GYLFIE admits that Deputies Gylfie and Bayes approached Plaintiff Nee and asked why Plaintiff Nee was taking photographs of the Hollywood and Western Metro Rail Station.  As to the remaining material allegations, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

### II. SECOND INCIDENT

11.     Answering paragraphs 37 – 42 of Plaintiffs' Complaint, DEFENDANTS deny each and every allegation contained therein.

### III. THIRD INCIDENT

12.     Answering paragraphs 43 – 52 of Plaintiffs' Complaint, DEFENDANTS deny each and every allegation contained therein.

### IV. FOURTH INCIDENT

13.     Answering paragraphs 53 – 57 of Plaintiffs' Complaint, DEFENDANTS deny each and every allegation contained therein.

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

## V. FIFTH INCIDENT

14.     Answering paragraphs 58 – 63 of Plaintiffs' Complaint, DEFENDANTS deny each and every allegation contained therein.

## VI. ADDITIONAL INCIDENT

15.     Answering paragraphs 64 – 68 of Plaintiffs' Complaint, DEFENDANTS deny each and every allegation contained therein.

## VII. LASD TRAINING AND SUSPICIOUS ACTIVITY REPORTING

16.     Answering paragraphs 69 – 76 of Plaintiffs' Complaint, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

17.     Answering paragraphs 77 – 82 of Plaintiffs' Complaint, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

## SECOND CLAIM FOR RELIEF

18.     Answering paragraphs 83 – 88 of Plaintiffs' Complaint, DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

## PRAYER FOR RELIEF

19.     Answering Plaintiffs' Prayer for Relief, DEFENDANTS deny that Plaintiffs are entitled to damages, declaratory relief, or injunctive relief. DEFENDANTS lack sufficient information and belief upon which to answer and, on that basis, deny the allegations therein.

## FIRST AFFIRMATIVE DEFENSE

20.     Plaintiffs' Complaint fails to state a claim upon which relief can be granted for injunctive and/or declaratory relief against DEFENDANTS.

///

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

## SECOND AFFIRMATIVE DEFENSE

21.     Plaintiffs have not been deprived of any rights, privileges, or immunities guaranteed by the laws of the United States or by the laws of the State of California.

## THIRD AFFIRMATIVE DEFENSE

22.     At all relevant times, DEFENDANTS acted within the scope of their discretion, with due care and in good faith fulfillment of their responsibilities pursuant to applicable statutes, rules and regulations, within the bounds of reason under all circumstances known, and with the good faith belief that their actions comported with all applicable Federal and State laws and therefore are entitled to qualified immunity.

## FOURTH AFFIRMATIVE DEFENSE

23.     Plaintiffs have no standing to maintain the claims.

## FIFTH AFFIRMATIVE DEFENSE

24.     Plaintiffs had actual knowledge of the condition and particular danger alleged, knew and understood the degree of risk involved, and voluntarily assumed such risks.

## SIXTH AFFIRMATIVE DEFENSE

25.     Plaintiffs failed to take reasonable measures/actions to avoid the injuries/damages alleged in the Complaint and thus, any recovery should be reduced accordingly.

## SEVENTH AFFIRMATIVE DEFENSE

26.     Plaintiffs' Complaint fails to set forth a cause of action because Defendants did not act pursuant to an official government policy which violated Plaintiffs' constitutionally protected rights.

## EIGHTH AFFIRMATIVE DEFENSE

27.     To the extent Plaintiffs' Complaint raises procedural due process claims under 42 USC Section 1983 et. seq., Plaintiffs failed to exhaust their remedies available under State or administrative law as to some or all of their claims.

///

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

## NINTH AFFIRMATIVE DEFENSE

28.     To the extent Plaintiffs' Complaint raises substantive due process claims under 42 USC Section 1983 et. seq., Plaintiffs failed to demonstrate or prove any arbitrary or capricious governmental action to sustain the claim.

## TENTH AFFIRMATIVE DEFENSE

29.     Plaintiffs' Complaint fails to establish that any conduct on the part of DEFENDANTS deprived Plaintiffs of any rights, privilege, or immunity secured by the Constitution.

## ELEVENTH AFFIRMATIVE DEFENSE

30.     Plaintiffs' Complaint fails to establish that any activity alleged to have caused the unconstitutional deprivations, implements, or executes a policy, statement, ordinance, regulation, or decision officially adopted and promulgated by DEFENDANTS.

## TWELVTH AFFIRMATIVE DEFENSE

31.     Plaintiffs' Complaint fails to establish that DEFENDANTS had any policies or customs affecting any of the alleged acts giving rise to Plaintiffs' constitutional claims.

## THIRTEENTH AFFIRMATIVE DEFENSE

32.     The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, to the extent that any damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## FOURTEENTH AFFIRMATIVE DEFENSE

33.     Plaintiffs' Complaint, and each count thereof, fails to establish causation under color of statute, ordinance, regulation, custom, or usage.

## FIFTEENTH AFFIRMATIVE DEFENSE

34.     Plaintiffs' injuries, if any, were caused by persons other than DEFENDANTS.

///

*18014 – ANSWER OF HILL AND GYLFIE – JURY DEMAND*

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

6

**ANSWER TO COMPLAINT OF HILL AND GYLFIE; JURY DEMAND**

### SIXTEENTH AFFIRMATIVE DEFENSE

35.     The conduct of DEFENDANTS alleged in Plaintiffs' Complaint is privileged and immune under State and Federal governmental law.

### SEVENTEENTH AFFIRMATIVE DEFENSE

36.     Plaintiffs' injuries, if any, are the result of their own negligence.

### EIGHTEENTH AFFIRMATIVE DEFENSE

37.     Policy or custom of DEFENDANTS cannot be established by one or even a few acts.

### NINETEENTH AFFIRMATIVE DEFENSE

38.     DEFENDANTS are informed and believe and, based thereon allege that all actions of DEFENDANTS complained of herein or taken in accordance with established policy and procedures, were in accordance with the law and thereby privileged.

### TWENTIETH AFFIRMATIVE DEFENSE

39.     DEFENDANTS did not act in bad faith or with malicious intent.

### TWENTY FIRST AFFIRMATIVE DEFENSE

40.     Plaintiffs' detentions were lawful in that DEFENDANTS believed the detentions to be lawful and DEFENDANTS had probable cause to believe that Plaintiffs had committed, or were in the process of committing a violation of law or local ordinance.

### TWENTY SECOND AFFIRMATIVE DEFENSE

41.     All acts of DEFENDANTS occurred in the proper exercise of the employee's powers without malice or intent to deprive any person of any right arising out of the constitutional laws of the United States, or to do any person any other injury.

### TWENTY THIRD AFFIRMATIVE DEFENSE

42.     The actions of a third party or parties were a superseding, intervening cause of Plaintiffs' injuries, if any.

### TWENTY FOURTH AFFIRMATIVE DEFENSE

43.     DEFENDANTS are informed and believe and, based thereon allege that

**Collins Collins
Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

Plaintiffs' conduct estopps and bars them from any claim hereunder against DEFENDANTS.

## TWENTY FIFTH AFFIRMATIVE DEFENSE

44.     DEFENDANTS are informed and believe and, based thereon allege that Plaintiffs' claims are barred by the Doctrine of Waiver.

## TWENTY SIXTH AFFIRMATIVE DEFENSE

45.     DEFENDANTS are informed and believe and, based thereon allege that Plaintiffs' claims are barred by the Doctrine of Unclean Hands.

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

46.     DEFENDANTS are informed and believe and, based thereon allege that Plaintiffs' claims are barred by the Doctrine of Laches.

## TWENTY EIGHTH AFFIRMATIVE DEFENSE

47.     DEFENDANTS will be entitled to reasonable attorneys' fees and costs of suit upon prevailing.

## TWENTY NINTH AFFIRMATIVE DEFENSE

48.     DEFENDANTS are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: *Government Codes* §§ 815, 815.2, 815.6, 818, 818.2, 818.4, 818.6, 818.8, 821.4, 820.2, 820.4, 820.6, 820.8, 821, 821.2, 822.2, 845, 845.6, 845.8, 846, 850.8, 855.6, 856.4.

## THIRTIETH AFFIRMATIVE DEFENSE

49.     To the extent that Plaintiffs suffered any detriment or injury, such detriment or injury was unavoidable.

## THIRY FIRST AFFIRMATIVE DEFENSE

50.     DEFENDANTS are protected from liability under the Doctrine of Qualified Immunity because DEFENDANTS' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

///

*18014 – ANSWER OF HILL AND GYLFIE – JURY DEMAND*

Collins Collins
**Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

**ANSWER TO COMPLAINT OF HILL AND GYLFIE; JURY DEMAND**

## THIRTY SECOND AFFIRMATIVE DEFENSE

51.     If there was a violation, DEFENDANTS are entitled to qualified immunity because their conduct was reasonable based upon the information that it possessed. DEFENDANTS had reason to believe "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them.  Moreover, they acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

## THIRTY THIRD AFFIRMATIVE DEFENSE

52.     Plaintiffs' Complaint fails to state a claim against DEFENDANTS for violation of their First Amendment rights.

## THIRTY FOURTH AFFIRMATIVE DEFENSE

53.     Plaintiffs' Complaint fails to state a claim against DEFENDANTS for violation of their Fourth Amendment rights.

## THIRTY FIFTH AFFIRMATIVE DEFENSE

54.     DEFENDANTS did not act with reckless disregard or deliberate indifference.

///

///

///

///

///

///

///

///

///

///

///

///

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

*18014 – ANSWER OF HILL AND GYLFIE – JURY DEMAND*

9

**ANSWER TO COMPLAINT OF HILL AND GYLFIE; JURY DEMAND**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# THIRTY SIXTH AFFIRMATIVE DEFENSE

55.   The detentions complained of were regularly and lawfully made in good faith by DEFENDANTS acting within the scope of their authority and with reasonable cause at the time of the detentions, to believe that such detentions were lawful.


DATED:  February 8, 2012                    COLLINS COLLINS MUIR + STEWART LLP


By: _____

      TOMAS A. GUTERRES
      CATHERINE M. MATHERS
      NICOLE DAVIS TINKHAM
      Attorneys for Defendants,
      COUNTY OF LOS ANGELES, LOS
      ANGELES COUNTY SHERIFF'S
      DEPARTMENT, SERGEANT MAURICE
      HILL, and DEPUTY RICHARD GYLFIE

**Collins Collins
Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

*18014 – ANSWER OF HILL AND GYLFIE – JURY DEMAND*

10

**ANSWER TO COMPLAINT OF HILL AND GYLFIE; JURY DEMAND**

1

## **DEMAND FOR JURY TRIAL**

2

3        DEFENDANTS hereby demand a trial by jury in this matter as provided by

4   Rule 38(a) of the Federal Rules of Civil Procedure.

5

6   DATED:  February 8, 2012              COLLINS COLLINS MUIR + STEWART LLP

7

8                                        By: _____

9                                            TOMAS A. GUTERRES

10                                           CATHERINE M. MATHERS
                                             NICOLE DAVIS TINKHAM
11                                           Attorneys for Defendants,
                                             COUNTY OF LOS ANGELES, LOS
12                                           ANGELES COUNTY SHERIFF'S
                                             DEPARTMENT, SERGEANT MAURICE
13                                           HILL, and DEPUTY RICHARD GYLFIE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Collins Collins
Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax  (626) 243-1111

*18014 – ANSWER OF HILL AND GYLFIE – JURY DEMAND*

11

**ANSWER TO COMPLAINT OF HILL AND GYLFIE; JURY DEMAND**