**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN NEE, *et al*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>　　　　　Defendants. | No. 2:11-cv-08899-DDP-JCG<br><br>**PROTECTIVE ORDER AS TO CERTAIN PERSONALLY IDENTIFIABLE INFORMATION** |

　　　Upon the stipulation of plaintiffs, defendants, and the Joint Regional Intelligence Center and good cause having been shown, it is hereby ordered as follows:

　　　1. As used in this order, JRIC shall mean the Joint Regional Intelligence Center; RFP shall mean plaintiffs' request for production to defendants dated April 20, 2012; and Referrals shall mean documents responsive to the RFP referred by defendants to JRIC for review and response.

　　　2. JRIC, the United States, and its agencies and employees are hereby authorized to take such actions as they may deem appropriate in reviewing the Referrals and responding to defendants with respect to the Referrals, irrespective of whether those actions result in the production of personally identifiable information contained in the Referrals.

　　　3. Nothing in this order or the stipulation underlying this order shall constitute a finding or admission that any action taken by JRIC, the United States,

or its agencies or employees in connection with the Referrals is a disclosure under the Privacy Act, 5 U.S.C. § 552a.

4. If any action taken by JRIC, the United States, or its agencies or employees in connection with the Referrals is alleged by any person to constitute a disclosure under the Privacy Act, that action shall be deemed a disclosure under 5 U.S.C. § 552a(b)(11) and this order shall be deemed an order under 5 U.S.C. § 552a(b)(11).

5. Nothing in this order or the stipulation underlying this order shall constitute a finding or admission that JRIC is required to produce any document or information to any person.

6. Nothing in this order or the stipulation underlying this order shall constitute a waiver of any privilege that JRIC may possess with respect to any document, portion of document, or information.

7. All personally identifiable information contained in the Referrals shall constitute "Confidential Information" under the order dated August 20, 2012 (ECF No. 34), and shall be handled by plaintiffs and defendants accordingly.

Dated: August 12, 2013

U.S. MAGISTRATE JUDGE