# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-08899 DDP (JCGx) | Date | February 2, 2015 |

Title   SHAWN NEE; GREGGORY MOORE; SHANE QUENTIN; THE NATIONAL PHOTOGRAPHERS' RIGHTS ORGANIZATION -V- COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SERGEANT MAURICE HILL, in his individual capacity; DEPUTY RICHARD GYLFIE, in his individual capacity; DEPUTY BAYES, in his individual capacity

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Peter J. Eliasberg
Peter Bibring

Nicole Amber Davis-Tinkham

Proceedings:

**STATUS CONFERENCE RE APPROVAL OF SETTLEMENT (COURT ORDERED 11-17-14)**

Court and counsel confer as reflected on the record.  The matter is continued to March 16, 2015 at 11:00 a.m.

0 0 : 05

Initials of Preparer   JAC