Peter Bibring (SBN 223981)
  pbibring@aclusocal.org
JESSICA G. PRICE (SBN 264053)
  jprice@aclusocal.org
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone:   (213) 977-9500
Facsimile:    (213) 977-5297

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN NEE; GREGGORY MOORE; SHANE QUENTIN; and THE NATIONAL PHOTOGRAPHERS' RIGHTS ORGANIZATION,<br><br>              Plaintiffs,<br><br>       v.<br><br>COUNTY OF LOS ANGELES, *et. al*,<br><br>              Defendants. | CASE NO.:  11-cv-08899 DDP (JCGx)<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL** |

Plaintiffs hereby notify this Court that Plaintiffs and Defendant County of Los Angeles (the "County") have entered into a Settlement Agreement to full resolve all claims in this action and hereby request dismissal, as set forth below:

The Plaintiffs and the County entered into a Settlement Agreement that was fully executed on March 10, 2014.  A true and correct copy of the Settlement Agreement is attached hereto as Exhibit A.

Counsel for the County has represented that the County's Board of Supervisors approved this settlement on March 3, 2015, making the settlement effective as of that date. *See* Settlement Agreement, ¶ 10.  The County has now provided the monetary payment called for in the Settlement Agreement to Plaintiffs' counsel.  *See* Settlement Agreement ¶¶ 4, 9.

Plaintiffs therefore request that, pursuant to Rule 41(a)(2) of the Federal Rules of  Civil Procedure, the Court dismiss the action on the following terms called for by the Settlement Agreement:

First, that the Court dismiss with prejudice all claims against the Defendants in this Action, Settlement Agreement, ¶ 9;

Second, that the Court retain jurisdiction over this settlement for a period of three years for the sole purpose of enforcing the terms of the Settlement Agreement. *See Kokkonen v. Guardians Life Insurance Co. of America*, 511 U.S. 375 (1994), Settlement Agreement ¶ 12;

Third, that the Court provide that any motions to enforce the Settlement Agreement shall be made in the first instance before Magistrate Judge Gandhi, Settlement Agreement ¶ 12.

Respectfully submitted,

Dated:  April 20, 2015          ACLU OF SOUTHERN CALIFORNIA

s/ Peter Bibring
PETER BIBRING
   Attorney for Petitioners

1